UNITED STATES TAX COURT

Kent E Hovind
petitioner

2013 MAY 30 AM 8:35

U.S. TAX COURT
F I L E D
MAY 30 2013

v.                                  Docket No 4245-10

Commissioner Of Internal Revenue
respondent

# NOTICE OF APPEAL

1. Pursuant to the Federal Rules of Appellate Procedure, I hereby appeal this court's Final Order entered May 15th, 2013.

Respectfully,

*Kent E Hovind*   5-23-2013
Kent E Hovind

cc: 11th Circuit Court of Appeals

CERTIFIED TRUE COPY
ROBERT R. DI TROLIO, CLERK
BY: _____
DEPUTY CLERK

SERVED MAY 30 2013

WHITE RIV JCT VT 050
24 MAY 2013 PM 1 T

KENT HOVIND
06452-017
FEDERAL PRISON CAMP
BOX 9000
BERLIN, NH 03570

UNITED STATES TAX COURT
WASHINGTON, D.C.
20217

4245-10

UNITED STATES TAX COURT
WASHINGTON, DC 20217

DRB

KENT HOVIND,　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　　)
　　　　　　Petitioner,　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　　)
　　　　　　v.　　　　　　　　　　　　　　) Docket No. 4245-10.
　　　　　　　　　　　　　　　　　　　　　)
COMMISSIONER OF INTERNAL REVENUE, )
　　　　　　　　　　　　　　　　　　　　　)
　　　　　　Respondent　　　　　　　　　　)

## ORDER AND DECISION

On December 26, 2012, respondent filed a Motion for Entry of Decision. By Orders dated January 9 and February 13, 2013, petitioner was ordered to file an Objection, if any, to respondent's motion. To date, petitioner has filed no response to respondent's motion.

In view of the foregoing, it is

ORDERED that respondent's Motion for Entry of Decision is granted. It is further

ORDERED AND DECIDED that there are deficiencies, penalties and additions to tax due from petitioner as follows:

|  |  | Additions to Tax/Penalties I.R.C. §§ |  |  |
|---|---|---|---|---|
| Year | Deficiency | 6651(f) | 6651(a)(2) | 6654 |
| 1998 | $113,026.00 | $81,943.85 | $28,256.50 | $5,130.06 |
| 1999 | $195,708.00 | $141,888.30 | $48,927.00 | $9,399.26 |
| 2000 | $197,061.00 | $142,426.98 | $49,112.75 | $10,562.41 |
| 2001 | $155,216.00 | $112,531.60 | $38,804.00 | $6,203.03 |
| 2002 | $155,238.00 | $111,920.43 | $38,593.25 | $5,155.49 |

**SERVED May 15 2013**

| | | | | |
|---|---|---|---|---|
| 2003 | $136,545.00 | $98,995.13 | $34,136.25 | $3,523.02 |
| 2004 | $267,428.00 | $193,885.30 | $66,857.00 | $7,663.70 |
| 2005 | $298,640.00 | $216,514.00 | $65,700.80 | $11,978.91 |
| 2006 | $147,669.00 | $107,060.03 | $23,627.04 | $6,988.26 |

*/s/ John O. Colvin*

John O. Colvin
Chief Judge

ENTERED: **MAY 15 2013**

# UNITED STATES TAX COURT
## DOCKET ENTRIES

Docket No. 4245-10                                                                INDEX

Kent Hovind

v. COMMISSIONER OF INTERNAL REVENUE

FPC Box 9000
Berlin, NH 03570

Petitioner Counsel (Total 01)                  Respondent Counsel (Total 02)

PRO SE                                         LJ1053    Laseter, Jason D.
                                               4050 Alpha Road
                                               13th Floor MS 2000 NDAL
                                               Federal Building
                                               Dallas, TX 75244-4203

                                               TS0148    Van Doran, Shelley Turner
                                               4050 Alpha Road
                                               13th Floor MS 2000 NDAL
                                               Federal Building
                                               Dallas, TX 75244-4203

| NO. | DATE | EVENT | FILINGS AND PROCEEDINGS | ACT/STAT DTE | SERVED | M |
|---|---|---|---|---|---|---|
| 0001 | 02/18/2010 | PF | PETITION Filed:Fee Paid | | R 02/23/2010 | |
| 0002 | 03/31/2010 | REQT | REQUEST for place of Trial at Jacksonville, FL | | B 04/02/2010 | |
| 0003 | 04/26/2010 | ACS | ANSWER (C/S 04/23/10). w/Exs. | | | |
| 0004 | 07/23/2010 | MOTR | MOTION by resp. under Rule 37(c). (C/S 7-22-10) | ORD 09/20/2010 | | |
| 0005 | 07/26/2010 | NOF | NOTICE of Filing 37(c) mot. (Reply due 8-16-10) | | B 07/27/2010 | |
| 0006 | 07/29/2010 | RESP | RESPONSE & OBJECTION by petr. to resp. 37(c) mot. (C/S 7-28-10) | | | |
| 0007 | 07/29/2010 | MOTP | MOTION by petr. to file instanter the response & obj. to the further answer. (C/Sr. (C/S 7-28-10) | ORD 08/05/2010 | | |
| 0008 | 07/29/2010 | MISL | RESPONSE AND OBJECTION by petr. to further answer. (C/S 7-28-10) LD. | | | |
| 0009 | 08/05/2010 | O | ORDER Mot.(7) is denied. Petr. file reply by 8-16-10. | | B 08/06/2010 | |
| 0010 | 08/16/2010 | R | REPLY by petr. | | R 09/20/2010 | |
| 0011 | 09/20/2010 | O | ORDER resp. 37(c) mot. is Dn. | | B 09/20/2010 | |
| 0012 | 09/24/2010 | NTD | NOTICE of Trial on 02/28/11 at Jacksonville, FL. | | B 09/24/2010 | |
| 0013 | 09/24/2010 | SPTO | STANDING PRE-TRIAL ORDER attached to Notice of Trial | | B 09/24/2010 | |
| 0014 | 10/18/2010 | O | ORDER parties by 12-16-10 file joint report. | | B 10/19/2010 | |
| 0015 | 11/30/2010 | MOTR | MOTION by resp. to continue trial generally. (N.Obj.) (C/S 11-29-10) | MNA 02/02/2011 | | |

CERTIFIED TRUE COPY
ERT R. DI TROLIO, CLERK
TY CLERK

Docket No.  4245-10                                                                                         INDEX

| NO. | DATE | EVENT | FILINGS AND PROCEEDINGS | ACT/STAT DTE | SERVED | M |
|---|---|---|---|---|---|---|
| 0016 | 11/30/2010 | MOTR | MOTION by resp. to calendar & consolidate 4245-10 1362-10 or, in the alternative to continue. (N.Obj.) (C/S 11-29-10) | ORD   03/14/2011 | | |
| 0017 | 12/16/2010 | O | ORDER parties by 1-6-11 show cause why Mobile, AL should not be designated as the place of trial & why theses cases should not be consolidated for trial, briefing & opinion. | | B   12/16/2010 | |
| 0018 | 12/17/2010 | RPT | REPORT by resp. (C/S 12-16-10) | | | |
| 0019 | 01/05/2011 | RESP | RESPONSE by petr. in 1362-10 to order to show cause dated 12/16/10. | | B   01/05/2011 | |
| 0020 | 01/05/2011 | RESP | RESPONSE by resp. to order to show cause dated 12/16/10. (C/S 1/4/11) | | | |
| 0021 | 02/02/2011 | O | ORDER the Order to show cause dated 12/16/10 is discharged. | | B   02/03/2011 | |
| 0022 | 02/02/2011 | O | ORDER petr. by 2/24/11 show cause why this case should not be dismiss. Resp. mot. to calendar and cons. shall be held in abeyance. Trial cont. | | B   02/03/2011 | |
| 0023 | 02/25/2011 | RESP | RESPONSE by Petr. to the order to show cause dated 2/2/11. (p.m.t.) (Per Chief Judge) | | R   03/17/2011 | |
| 0024 | 03/14/2011 | O | ORDER Resp. mot. to calendar and consolidate or to continue is denied. | | B   03/17/2011 | |
| 0025 | 03/15/2011 | O | ORDER that the Court's 2/2/11 order to show cause is discharged. | | B   03/17/2011 | |
| 0026 | 10/04/2011 | NTD | NOTICE of Trial on 3/5/2012 at Jacksonville, FL. | | B   10/04/2011 | |
| 0027 | 10/04/2011 | SPTO | STANDING PRE-TRIAL ORDER attached to Notice of Trial | | B   10/04/2011 | |
| 0028 | 10/20/2011 | O | ORDER parties by 12/7/11 file joint report. | | B   10/24/2011 | |
| 0029 | 11/01/2011 | MOTP | MOTION by petr. to dismiss. (C/S 10-24-11) | ORD   11/17/2011 | | |
| 0030 | 11/15/2011 | O | ORDER petr's motion to dismiss is denied. Case is continued. PArties by 12-31-12 file a joint report. | | B   11/18/2011 | |
| 0031 | 12/07/2011 | O | ORDER parties no longer need to comply with the court's 10-20-11 order. | | B   12/07/2011 | |
| 0032 | 12/12/2012 | RPT | REPORT by resp. (C/S 12-12-12) | | | |
| 0033 | 12/17/2012 | O | ORDER Resp. by 1/7/13 file a motion for entry of decision. | | B   12/19/2012 | |
| 0034 | 12/26/2012 | MOTR | MOTION by resp. for entry of decision. w/Exh. (C/S 12-26-12) | ORD   05/15/2013 | | |
| 0035 | 01/09/2013 | O | ORDER petr. by 1-30-13 file an objection or response to resp's motion for entry of decision. | | B   01/10/2013 | |
| 0036 | 02/04/2013 | MOT | MOTION by Jerold W. Barringer to withdraw as counsel. | GR   02/13/2013 | B   02/13/2013 | |

Docket No.  4245-10                                                                                                           INDEX

| NO. | DATE | EVENT | FILINGS AND PROCEEDINGS | ACT/STAT DTE | SERVED | | M |
|---|---|---|---|---|---|---|---|
| 0037 | 02/13/2013 | O | ORDER time is extended to 3-6-13 file an objection, notice of no objection or response to resp's motion for entry of decision. | | B | 02/13/2013 | |
| 0038 | 05/15/2013 | OAD | ORDER AND DECISION ENTERED, Judge Colvin.  Resp's Motion for Entry of Decision is granted. | | B | 05/15/2013 | |
| | | | APPELLATE PROCEEDINGS | | | | |
| 0039 | 05/30/2013 | NOAP | NOTICE OF APPEAL by petr(s). to U.S.C.A. 11th Cir. (No Fee) | | B | 05/30/2013 | C |
| 0040 | 05/30/2013 | NOFC | NOTICE of Filing w/ copy of Not. of App. sent to the parties. | | B | 05/30/2013 | C |