# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

John Ley
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

August 05, 2013

Robert R. Di Trolio
U.S. Tax Court
400 2ND ST NW
WASHINGTON, DC 20217

Appeal Number:  13-12520-F
Case Style:  Kent Hovind v. Commissioner of IRS
Agency Docket Number:  4245-10

The following record materials in the referenced case are returned herewith:  Certified Admin Tax Record.

Sincerely,

JOHN LEY, Clerk of Court

Reply to: Gerald B. Frost, F
Phone #: (404) 335-6182

REC-3 Ltr Returning Record to DC